UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOVIA LAFAELE

        Plaintiff,

  v.

J. ARNOLD, J. L. HERRERA,

        Defendants.

CASE NO. C08-0958-JCC

ORDER FOR PAYMENT OF INMATE FILING FEE

To: The Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 98514:

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, must pay the statutory filing fee of $350.00 for this action. Although the Court is not requiring Plaintiff to pay an initial partial filing fee, Plaintiff is still obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from Plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. The Director of the California Department of Corrections and Rehabilitation or a

ORDER - 1

designee shall collect from Plaintiff's prison trust account the $350 filing fee by collecting monthly payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account. The Director or designee shall forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fee is paid. 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action.

2. The Clerk of the Court is directed to serve a copy of this Order and a copy of Plaintiff's signed *in forma pauperis* affidavit on Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the Court.

Dated this 21st day of April, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 2